# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EDWARD GENSEMER, *et al.*,<br><br>Defendant. | Case No. 2:07-CR-145-KJD-PAL<br><br>**ORDER** |

Before the Court is Defendant Charles Gensemer's letter received June 5, 2014 (#1442). Defendant petitions this Court to allow Defendant to withdraw his appellate brief, appoint new counsel, and permit an extension of time to file a revised brief. It is entirely unclear that such relief is in any way warranted. More importantly, Defendant's case is on appeal before the Ninth Circuit Court of Appeals. Defendant must petition that Court for relief, as this Court lacks authority to grant the relief requested.

DATED this 10th day of June 2014.

_____
Kent J. Dawson
United States District Judge