UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:07-CR-145-KJD-PAL ) ) |
| vs. | ) ) |
| CHARLES EDWARD GENSEMER | ) ) |
| Defendant. | ) |

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 27 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#1211), sentencing having been imposed on December 9, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: ALEX FRANZONE
Amount of Restitution: $23,000.00

**Total Amount of Restitution ordered:** $23,000.00

Dated this 25th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE