# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

                Plaintiff,

  v.

Charles Edward Gensemer,

                Defendant.

JUDGMENT

Case Number: 2:07-cr-00145-KJD-PAL-8

(Related case: 2:17-cv-03144-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the United States of America and against Charles Edward Gensemer. A certificate of appealability is denied.

| | |
|---|---|
| 3/27/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |