UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                       Plaintiff,<br><br>v.<br><br>CHARLES EDWARD GENSEMER,<br><br>                                       Defendant. | Case No. 2:07-cr-00145-KJD-PAL-8<br><br>**Order – Granting Motion for Documents** |

Presently before the Court is Defendant's Motion for Documents (#1623). The United States did not file a response in opposition, and the time to do so has passed. Defendant is requesting a copy of the judgment, sentencing hearing transcript, and docket sheet. Having read and considered the motion, and good cause being found, the Court grants Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Documents (#1623) is **GRANTED**. The Clerk of the Court will mail a copy of the following items to the address listed below.

1. Judgment as to Charles Edward Gensemer (#1211)
2. Transcript of Sentencing (#1335)
3. Docket Sheet

Address:
Charles Edward Gensemer #05640-081
Case No. 2:07-cr-00145-KJD-PAL
F.C.I. Beaumont
P.O. Box 26040
Beaumont, Texas 77720

Dated this 21st day of November 2023.

_____
Kent J. Dawson
United States District Judge