UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00145-KJD-PAL |
| Plaintiff, | ORDER |
| v. | |
| CHARLES EDWARD GENSEMER | |
| Defendant. | |

Presently before the Court is Defendant's Motion Seeking to Enforce This Court's Ruling Concerning Monetary Penalties (ECF #1651). The Government filed a response in opposition (ECF #1653). Defendant filed a Reply (ECF #1654).

Defendant seeks a ruling from this Court that Federal Bureau of Prisons do not increase his quarterly restitution obligation beyond the $25 he is currently paying. The order of the Court at sentencing was "Defendant shall pay 10% of his gross income, subject to adjustment based upon ability to pay".

Federal District Court judges leave it up to those who have jurisdictional and supervisory authority to make such adjustments. According to Defendant, the Bureau of Prisons at FCI Oxford Wisconsin is now requiring him to pay more than he can afford through his voluntary participation in the Inmate Financial Responsibility Program.

In his Reply, Defendant argues that his request does not concern prison conditions, but sentencing conditions. The Court does not agree with that distinction. This Court has no jurisdiction to micromanage Bureaus of Prisons decisions wherever they may be made throughout the country. While it is true that a District Court Judge has limited authority to recommend at sentencing an initial designation for place of confinement, the Bureau of Prisons

is not bound by that recommendation or any other.

Challenges to Bureau of Prisons administration of the Inmate Financial Responsibility Program must be brought by way of petition for writ of Habeas Corpus pursuant to 28 U.S.C. Section 2241 in the federal court in the district of confinement, after exhausting available administrative remedies.

Accordingly, IT IS HEREBY ORDERED that the **Motion Seeking to Enforce This Court's Ruling Concerning Monetary Penalties (ECF #1651) is DENIED.**

DATED: March 17, 2026

Kent J. Dawson
United States District Judge

- 2 -